IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES REECE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:14-cv-01403 |
| | ) |
| JOHN D. WOOTTEN, JR., | ) Judge Sharp |
| TOM E. GRAY, HENRY STEWARD, | ) |
| MAHAILIAH HUGHES, and | ) |
| MANUEL B. RUSS, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff James Reece has filed a *pro se* complaint in this action (ECF No. 1). Presently pending is the plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs. (ECF No. 2.) Because it is apparent from his submission that the plaintiff lacks sufficient financial resources from which to pay the full filing fee in advance, the application (ECF No. 2) is **GRANTED**. Because the plaintiff is not incarcerated, the Court does not assess the fee.

However, having granted the plaintiff leave to proceed as a pauper, the Court must also conduct an initial review of the complaint pursuant to 28 U.S.C. § 1915(e)(2), and must dismiss the complaint *sua sponte*, prior to service upon the defendants, if the Court finds that it fails to state a colorable claim over which this Court has jurisdiction.

As set forth in the accompanying Memorandum Opinion, the Court finds that the complaint fails to state a claim against any of the defendants for which relief may be granted.

Accordingly, this action is hereby **DISMISSED** with prejudice.

It is so **ORDERED**.

This is a final order for purposes of Fed. R. Civ. P. 58.

Kevin H. Sharp
United States District Judge